**Brief Stricken and Order filed April 9, 2020.**



In The

# Fourteenth Court of Appeals

———————

## NO. 14-19-00229-CR

———————

### SHANNON BERNARD JACKSON, Appellant

### V.

### THE STATE OF TEXAS, Appellee

---

**On Appeal from the 56th District Court**
**Galveston County, Texas**
**Trial Court Cause No. 17-CR-3031**

---

## ORDER

Appellant's appointed counsel filed an *Anders* brief. The brief discloses the name of a child victim of sexual assault under the age of 17. *See* Tex. Code Crim. Proc. art. 57.02(h); Tex. R. App. P. 9.10(b). Accordingly, the brief is **STRICKEN**.

Appellant's counsel is ordered to file a brief that complies with Texas Code of Criminal Procedure article 57.02 and Texas Rule of Appellate Procedure 9.10 on or before **April 20, 2020**.

PER CURIAM

Panel consists of Chief Justice Frost and Justices Jewell and Spain.